1  LAW OFFICES OF STEVEN J. ROSENBERG, P.C.
   Steven J. Rosenberg (Bar No. 123624)
2    sjrlaw@aol.com
   53 West Jackson Boulevard, Suite 224
3  Chicago, Illinois 60604-3607
   Telephone: (312) 362-0400
4  Facsimile: (312) 431-8694

5  Attorneys for Specially Appearing Defendant
   ROBERT A. PUTNAM

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11                                              *E-FILED - 1/11/06*

| | |
|---|---|
| McKESSON CORPORATION and HBO & COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ARTHUR ANDERSEN LLP and ROBERT A. PUTNAM, and DOES 1-20, <br><br> Defendants. | CASE NO.: C-05-04020 RMW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER (1) SETTING BRIEFING SCHEDULE AND HEARING FOR MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL; (2) ENLARGING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT; AND (3) ADJUSTING CERTAIN DEADLINES FOR RULE 26 CONFERENCE, JOINT CASE MANAGEMENT STATEMENT, AND CASE MANAGEMENT CONFERENCE <br><br> The Honorable Ronald Whyte |

WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation and HBO & Company, Inc. ("Plaintiffs") filed a Complaint against defendants Arthur Andersen LLP and Robert A. Putnam;

### Scheduling Regarding Motion For Interlocutory Review

WHEREAS, on October 11, 2005, Specially Appearing Defendant Putnam filed a motion to dismiss the fifth and sixth causes of action for lack of personal jurisdiction;

WHEREAS, by order dated November 30, 2005, this Court denied Putnam's motion to dismiss for lack of personal jurisdiction (the Jurisdiction Order);

WHEREAS, on December 14, 2005, Putnam intends to file a motion for certification of the Jurisdiction Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS, by virtue of the holiday season, a modified briefing schedule is necessary;

### Responses To The Complaint

WHEREAS, Putnam's current deadline for responding to the Complaint currently is December 14, 2005 and Andersen's current deadline for responding to the Complaint currently is December 23, 2005;

WHEREAS, the parties believe that it would be most efficient for the Court to consider, and the parties to brief, motions to dismiss the Complaint on a uniform schedule after the Court's ruling on Putnam's motion for certification of the Jurisdiction Order for interlocutory review;

### Scheduling Regarding Rule 26 Conference And Related Deadlines

WHEREAS, Andersen intends to file a cross-complaint against McKesson, HBOC, and others;

WHEREAS, the current Rule 26 deadlines expire before defendants respond to the Complaint and before Andersen has had an opportunity to file its Cross Complaint;

WHEREAS, the parties believe that it would be more efficient to continue

-2-

1 | the Rule 26 deadlines;

2 |     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, acting through their respective counsel of record, that:

    1.  <u>Putnam's Motion For Interlocutory Review</u>. Plaintiffs' opposition brief to Putnam's motion for certification of the Jurisdiction Order for interlocutory review shall be filed and served on or before January 13, 2006 and Putnam's reply brief shall be filed and served on or before January 27, 2006. The hearing for Putnam's motion shall be heard on February 10, 2006 at 9:30 a.m.;    9:00 a.m. (jg)

    2.  <u>Responses To The Complaint</u>. Absent further order of the Court, Putnam and Andersen shall answer, move or otherwise respond to the Complaint within fourteen (14) days after the Court issues its ruling on Putnam's motion for certification of the Jurisdiction Order for interlocutory review. This stipulation and the order thereon are without prejudice to Putnam's and Andersen's right to seek further relief from the Court, such as a stay of their obligation to respond to the Complaint or other similar relief, and is also without prejudice to McKesson's and HBOC's right to oppose any such application and to assert any argument in opposition to any such application;

    3.  <u>Rule 26 Deadlines</u>. The current Rule 26 deadlines are vacated. The parties shall complete their Rule 26 disclosures and file their Rule 26 report on or before May 31, 2006. The case management conference shall be held on June 9, 2006 at 9:30 10:30 a.m.

DATED: December 1%, 2005    LAW OFFICES OF STEVEN J. ROSENBERG, P.C.

By _____
Steven J. Rosenberg
Attorneys for Specially Appearing Defendant
ROBERT A. PUTNAM

-3-

```
 1  DATED: December ___, 2005         ALSCHULER GROSSMAN STEIN & KAHAN LLP
 2
 3
                                       By_____
 4                                        Scott Vick
                                          Attorneys for Defendant
 5                                        ARTHUR ANDERSEN LLP
 6
 7
    DATED: December 12, 2005          SKADDEN, ARPS, SLATE, MEAGHER & FLOM
 8                                    LLP
 9
10
                                       By_____
11                                        Timothy Miller
                                          Attorneys for Plaintiffs
12                                        McKESSON CORPORATION and HBO &
                                          COMPANY, INC.
13
14                              **ORDER**
15           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
16
17  DATED: December 28, 2005
                                          /s/ Ronald M. Whyte
18                                     _____
                                       The Honorable Ronald M. Whyte
19                                     United States District Judge
```

| | | |
|---|---|---|
| 1 | DATED: December 12, 2005 | ALSCHULER GROSSMAN STEIN & KAHAN LLP |
| 2 | | |
| 3 | | By _Scott Vick_ (signature) |
| 4 | | Scott Vick<br>Attorneys for Defendant |
| 5 | | ARTHUR ANDERSEN LLP |
| 6 | | |
| 7 | DATED: December __, 2005 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | | |
| 9 | | |
| 10 | | By_____ |
| 11 | | Timothy Miller<br>Attorneys for Plaintiffs |
| 12 | | McKESSON CORPORATION and HBO & COMPANY, INC. |
| 13 | | |

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December___, 2005

_____
The Honorable Ronald M. Whyte
United States District Judge