1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/17/06*

| | |
|---|---|
| McKESSON CORPORATION and HBO & COMPANY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ARTHUR ANDERSEN LLP and ROBERT A. PUTNAM, and DOES 1-20, <br><br> Defendants. | CASE NO.: C-05-04020 RMW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER RE: (1) CONSOLIDATED BRIEFING ON MOTIONS TO DISMISS; (2) BRIEFING AND HEARING SCHEDULE; AND (3) CHANGING DATE FOR CASE MANAGEMENT CONFERENCE <br><br> The Honorable Ronald Whyte |

WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation and HBO & Company, Inc. (collectively, "Plaintiffs") filed a Complaint against Defendants Arthur Andersen LLP ("Andersen") and Robert A. Putnam ("Putnam" and together with Andersen and Plaintiffs, the "Parties");

**Consolidated Briefing On Motion to Dismiss / Page Limitations**

WHEREAS, Defendants Andersen and Putnam are required to respond to the Complaint by March 2, 2006, and both Andersen and Putnam intend to file, among other things, motions to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, the Parties believe that filing one consolidated motion to

878980_1.DOC

dismiss and one consolidated opposition would streamline the briefing and reduce needless repetition of arguments for the convenience of the Parties and the Court;

WHEREAS, in light of the complexity of the factual and legal issues that are raised by the Complaint and will be raised in the motions to dismiss, the Parties believe that each of them will require more pages adequately to brief the issues than are permitted by the local rules;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the following page limitations should apply for the consolidated briefs:

   (a) Andersen and Putnam shall file a consolidated motion to dismiss not to exceed forty (40) pages;

   (b) McKesson and HBOC shall file a consolidated opposition not to exceed forty (40) pages; and

   (c) Andersen and Putnam shall file a consolidated reply not to exceed twenty-five (25) pages;

**Briefing And Hearing Schedule For Motion To Dismiss**

WHEREAS, in light of the complexity of the factual and legal issues raised by the Complaint, and in an effort to accommodate the schedules of counsel for each of the Parties, the Parties have agreed to a modified briefing and hearing schedule;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that:

   (a) McKesson and HBOC shall file their consolidated opposition to the motion to dismiss on or before April 7, 2006;

   (b) Andersen and Putnam shall file a consolidated reply on or before April 28, 2006; and

   (c) The Hearing shall be held on May 12, 2006 at 9:00 a.m.

///

///

878980_1 DOC

-2-

1 | **Changing Date Of Case Management Conference**

2 | WHEREAS, by order, entered on December 28, 2005, the Court scheduled a
3 | Case Management Conference for June 9, 2006 at 10:30 a.m.;
4 | WHEREAS, lead counsel for Andersen will be out of the country and not
5 | available to attend the Case Management Conference on June 9, 2006;
6 | WHEREAS, the Parties have met and conferred and believe that good cause
7 | exists to continue the date set for the case management conference for one week from
8 | June 9, 2006 to June 16, 2006 at 10:30 a.m.;
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

878980_1 DOC

-3-

ACCORDINGLY, in the interest of furthering judicial economy and for the convenience of counsel, the Parties HEREBY STIPULATE and jointly request that the Court continue the Case Management Conference previously set for June 9, 2006 at 10:30 a.m. to June 16, 2003 at 10:30 a.m.

DATED: February 22, 2006       LAW OFFICES OF STEVEN J. ROSENBERG, P.C.

By _____
Steven J. Rosenberg
Attorneys for Specially Appearing Defendant
ROBERT A. PUTNAM

DATED: February 24, 2006       ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
Scott Vick
Attorneys for Defendant
ARTHUR ANDERSEN LLP

DATED: February 24, 2006       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____
Timothy Miller
Attorneys for Plaintiffs
McKESSON CORPORATION and HBO & COMPANY, INC.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 14, 2006

/s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte
United States District Judge

878980_1 DOC                                -4-