1  JAMES E. LYONS (Cal. Bar No. 112582)
   TIMOTHY A. MILLER (Cal. Bar No. 154744)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   JLYONS@SKADDEN.COM
4  TMILLER@SKADDEN.COM
         Telephone:   (415) 984-6400
5        Facsimile    (415) 984-2698

6  Attorneys for Plaintiffs
   McKESSON CORPORATION AND
7  HBO & COMPANY, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION          *E-FILED - 5/12/06*

12  McKESSON CORPORATION, and        )   Case No. C-05-04020 RMW (PVT)
    HBO & COMPANY, INC.,             )
13                                   )
                      Plaintiffs,    )   STIPULATION AND [PROPOSED]
14                                   )   ORDER RE BRIEFING AND
            v.                       )   HEARING SCHEDULE ON MOTIONS
15                                   )   TO DISMISS AND MOTIONS TO
                                     )   STRIKE
16  ARTHUR ANDERSEN LLP, ROBERT      )
    PUTNAM, and DOES 1-20,           )   Date: N/A
17                                   )   Time: N/A
                      Defendants.    )   Dept.: Courtroom 6 - 4th Floor
18                                   )
                                     )
19                                   )
                                     )
20  _____  )

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020)

| | |
|---|---|
| 1 | WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation and HBO & Company, |
| 2 | Inc. (collectively, "Plaintiffs") filed a Complaint against Defendants Arthur Andersen LLP ("Andersen") |
| 3 | and Robert A. Putnam ("Putnam" and together with Andersen and Plaintiffs, the "Parties"); |

WHEREAS, on or about February 24, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: (1) Consolidated Briefing on Motions to Dismiss; (2) Briefing and Hearing Schedule; and (3) Changing Date for Case Management Conference, pursuant to which the Parties agreed, among other things, to a schedule for the briefing and hearing on motions to dismiss and related motions that Andersen and Putnam expected to file in response to the Complaint; and

WHEREAS, on March 2, 2006, Defendants Andersen and Putnam responded to the Complaint by filing motions to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and motions to strike certain portions of the complaint;

WHEREAS, by order dated March 14, 2006, the Court approved the Parties' stipulation, including the briefing and hearing schedule on the motions to dismiss and motions to strike; and

WHEREAS, the Parties have agreed to modify the briefing and hearing schedule on the pending motions to dismiss and motions to strike to accommodate the unexpected professional commitments of counsel for McKesson and HBOC, and to coordinate the hearing on these motions with the case management conference currently set for June 16, 2005;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that:

(a) McKesson and HBOC shall file their consolidated opposition to the motions to dismiss and their opposition to the motions to strike on or before April 28, 2006, and shall serve any such opposition papers on that date by hand or, if not by hand, by e-mail or facsimile and overnight delivery;

(b) Andersen and Putnam shall file a consolidated reply in support of their motions to dismiss and any reply in support of their motions to strike on or before June 2, 2006, and shall serve any such reply papers on that date by hand or, if not by hand, by e-mail or facsimile and overnight delivery;

|  |  |
|---|---|
| (c) | The Hearing on the motions to dismiss and motions to strike shall be held on June 16, 2006, at 9:00 a.m. |

DATED: March __, 2006

LAW OFFICES OF STEVEN J. ROSENBERG, P.C.

By _/s/ Steven Rosenberg_
Steven J. Rosenberg
Attorneys for Defendant
ROBERT A. PUTNAM


DATED: March 20, 2006

ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _Scott Vick_
Scott Vick
Attorneys for Defendant
ARTHUR ANDERSEN LLP


DATED: March 21, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _Timothy Miller_
Timothy Miller
Attorneys for Plaintiffs
McKESSON CORPORATION and
HBO & COMPANY, INC.


## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/11/06, 2006

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge