1 | JAMES E. LYONS (Cal. Bar No. 112582)
TIMOTHY A. MILLER (Cal. Bar No. 154744)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
3 | San Francisco, California 94111-4144
JLYONS@SKADDEN.COM
4 | TMILLER@SKADDEN.COM
    Telephone:  (415) 984-6400
5 |     Facsimile    (415) 984-2698

6 | Attorneys for Plaintiffs
McKESSON CORPORATION AND
7 | HBO & COMPANY, INC.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 5/24/06*

| | |
|---|---|
| McKESSON CORPORATION, and HBO & COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR ANDERSEN LLP, ROBERT PUTNAM, and DOES 1-20, <br><br> Defendants. | Case No. C-05-04020 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER RE:** <br><br> 1. **COORDINATED BRIEFING AND HEARING SCHEDULE ON RESPONSES TO AMENDED AND SUPPLEMENTAL COMPLAINT; AND** <br><br> 2. **RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: N/A <br> Time: N/A <br> Dept.: Courtroom 6 - 4th Floor |

**STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020 RMW)**

1  WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation ("McKesson") and HBO & Company, now known as McKesson Information Solutions LLC ("HBOC") (collectively, "Plaintiffs") filed a complaint against Defendants Arthur Andersen LLP ("Andersen") and Robert A. Putnam ("Putnam" and together with Andersen and Plaintiffs, the "Parties") in the Superior Court of the State of California in and for the County of San Francisco (the "McKesson Complaint");

WHEREAS, on October 5, 2005, Putnam filed a Notice of Removal in the San Jose Division of the United States District Court for the Northern District of California;

WHEREAS, on or about February 24, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: (1) Consolidated Briefing on Motions to Dismiss; (2) Briefing and Hearing Schedule; and (3) Changing Date for Case Management Conference, pursuant to which the Parties agreed, among other things, to a schedule for the briefing and hearing on motions to dismiss and related motions that Andersen and Putnam expected to file in response to the McKesson Complaint, which was approved by the Court on March 14, 2006;

WHEREAS, on March 2, 2006, Defendants Andersen and Putnam responded to the McKesson Complaint by filing motions to dismiss the McKesson Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and motions to strike certain portions of the complaint; and

WHEREAS, on or about March 21, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: Briefing and Hearing Schedule On Motions To Dismiss And Motions To Strike, pursuant to which the Parties agreed, among other things, to modify the briefing and hearing schedule on the pending motions to dismiss and motions to strike, and to set the hearing on those motions for the same day as the scheduled initial case management conference, which was and is currently set for June 16, 2006;

WHEREAS, on March 30, 2006, Andersen served on counsel for McKesson and HBOC a copy of a complaint filed by Andersen against McKesson and HBOC in the United States District Court for the Northern District of California, Case No. C-06-02035 JW (RS) (the "Andersen Complaint");

WHEREAS, pursuant to Northern District Local Rule 3-12, in a Related Case Order dated April 14, 2006, this Court found that Case No. C-06-02035 is related to the class action captioned In re McKesson HBOC, Inc. Securities Litigation (Master File No. CV 99-20743 RMW) and reassigned that action to this Court;

1         WHEREAS, the parties agree that Case No. C-06-02035 is also related to the above-captioned action;

        WHEREAS, prior to filing an opposition to Andersen's and Putnam's motions to dismiss the McKesson Complaint, McKesson and HBOC informed Andersen and Putnam of their intention to file an Amended and Supplemental Complaint;

        WHEREAS, in light of McKesson and HBOC's intention to file an Amended and Supplemental Complaint, Andersen and Putnam agreed to withdraw their motions to dismiss and all related motions and requests and to coordinate the briefing on responses to McKesson's Amended and Supplemental Complaint with responses to the Andersen Complaint filed in Case No. C-06-02035, and to coordinate the scheduled initial case management conference in this action with the coordinated hearings on those motions;

        WHEREAS, pursuant to stipulation of the parties, McKesson and HBOC filed their Amended and Supplemental Complaint on April 28, 2006;

        WHEREAS, the Parties have agreed on a coordinated schedule for the briefing and hearings on motions to be filed in response to the Amended and Supplemental Complaint in this action and the Andersen Complaint filed in Case No. C-06-02035, and on a new date for the initial case management conference in this action, all subject to the approval and convenience of the Court;

        WHEREAS, the parties are simultaneously entering into a separate stipulation in Case No. C-06-02035 reflecting this coordinated schedule;

        ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that:

        (a)    Andersen and Putnam shall answer, move or otherwise respond to the Amended and Supplemental Complaint on or before June 16, 2006;

        (b)    Any papers filed in opposition to any motion filed in response to the Amended and Supplemental Complaint in this action shall be filed and served (by e-mail and overnight mail) on or before August 4, 2006;

        (c)    Any reply papers filed in further support of any motion filed in response to the Amended and Supplemental Complaint in this action shall be filed and served (by

- 2 -
**STIPULATION AND [PROPOSED] ORDER  (Case No. 05-04020 RMW)**

| | | |
|---|---|---|
| 1 | | e-mail and overnight mail) on or before September 1, 2006; |
| 2 | (d) | Subject to the availability of the Court, the hearing on any motions filed in response to the Amended and Supplemental Complaint in this action shall be noticed for September 22, 2006, at 9:00 a.m. or as soon thereafter as the matter may be heard; |
| 6 | (e) | Subject to the availability of the Court, the initial case management conference originally scheduled for June 16, 2006, shall be held on September 22, 2006, at 9:00 a.m. or as soon thereafter as the Court can hold the conference, to coincide with the hearings on any motions in response to the Amended and Supplemental Complaint. |

DATED: May __, 2006        LAW OFFICES OF STEVEN J. ROSENBERG, P.C.

By _____[signature]_____
   Steven J. Rosenberg
   Attorneys for Defendant
   ROBERT A. PUTNAM


DATED: May __, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
   Scott Vick
   Attorneys for Defendant
   ARTHUR ANDERSEN LLP

- 3 -
STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020 RMW)

e-mail and overnight mail) on or before August 25, 2006;

(d) Subject to the availability of the Court, the hearing on any motions filed in response to the Amended and Supplemental Complaint in this action shall be noticed for September 15, 2006;

(e) Subject to the availability of the Court, the initial case management conference originally scheduled for June 16, 2006, shall be held on September 15, 2006, to coincide with the hearings on any motions in response to the Amended and Supplemental Complaint.

DATED: May __, 2006   LAW OFFICES OF STEVEN J. ROSENBERG, P.C.

By _____
Steven J. Rosenberg
Attorneys for Defendant
ROBERT A. PUTNAM

DATED: May 10, 2006   ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
Scott Vick
Attorneys for Defendant
ARTHUR ANDERSEN LLP

- 3 -
STIPULATION AND [PROPOSED] ORDER  (Case No. 05-04020 RMW)

| | | |
|---|---|---|
| 1 | DATED: May 12, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

By _____
Timothy Miller
Attorneys for Plaintiffs
McKESSON CORPORATION and
HBO & COMPANY, now known as
McKesson Information Solutions LLC

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  __5/24_____, 2006

/s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte
United States District Judge

185822-San Francisco S1A

- 4 -

**STIPULATION AND [PROPOSED] ORDER  (Case No. 05-04020 RMW)**