1  JAMES E. LYONS (Cal. Bar No. 112582)
   TIMOTHY A. MILLER (Cal. Bar No. 154744)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   JLYONS@SKADDEN.COM
4  TMILLER@SKADDEN.COM
          Telephone:  (415) 984-6400
5         Facsimile   (415) 984-2698

6  Attorneys for Plaintiffs
   McKESSON CORPORATION AND
7  HBO & COMPANY, INC.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION          *E-FILED - 7/6/06*

12  McKESSON CORPORATION, and       )   Case No. C-05-04020 RMW
    HBO & COMPANY, INC.,            )
13                                  )
                                    )   STIPULATION AND [PROPOSED]
14              Plaintiffs,         )   ORDER RE:
                                    )
15       v.                         )   REVISED BRIEFING SCHEDULE ON
                                    )   RESPONSES TO AMENDED AND
16  ARTHUR ANDERSEN LLP, ROBERT     )   SUPPLEMENTAL COMPLAINT
    PUTNAM, and DOES 1-20,          )
17                                  )   Date: N/A
                Defendants.         )   Time: N/A
18                                  )   Dept.: Courtroom 6 - 4th Floor
                                    )
19                                  )
                                    )
20  _____  )

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER  (Case No. 05-04020 RMW)

1    WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation ("McKesson") and HBO & Company, now known as McKesson Information Solutions LLC ("HBOC") (collectively, "Plaintiffs") filed a complaint against Defendants Arthur Andersen LLP ("Andersen") and Robert A. Putnam ("Putnam" and together with Andersen and Plaintiffs, the "Parties") in the Superior Court of the State of California in and for the County of San Francisco (the "McKesson Complaint");

WHEREAS, on October 5, 2005, Putnam filed a Notice of Removal in the San Jose Division of the United States District Court for the Northern District of California;

WHEREAS, on or about February 24, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: (1) Consolidated Briefing on Motions to Dismiss; (2) Briefing and Hearing Schedule; and (3) Changing Date for Case Management Conference, pursuant to which the Parties agreed, among other things, to a schedule for the briefing and hearing on motions to dismiss and related motions that Andersen and Putnam expected to file in response to the McKesson Complaint, which was approved by the Court on March 14, 2006;

WHEREAS, on March 2, 2006, Defendants Andersen and Putnam responded to the McKesson Complaint by filing motions to dismiss the McKesson Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and motions to strike certain portions of the complaint; and

WHEREAS, on or about March 21, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: Briefing and Hearing Schedule On Motions To Dismiss And Motions To Strike, pursuant to which the Parties agreed, among other things, to modify the briefing and hearing schedule on the pending motions to dismiss and motions to strike, and to set the hearing on those motions for the same day as the scheduled initial case management conference, which was set for June 16, 2006;

WHEREAS, on March 30, 2006, Andersen served on counsel for McKesson and HBOC a copy of a complaint filed by Andersen against McKesson and HBOC in the United States District Court for the Northern District of California, Case No. C-06-02035 JW (RS) (the "Andersen Complaint");

WHEREAS, pursuant to Northern District Local Rule 3-12, in a Related Case Order dated April 14, 2006, this Court found that Case No. C-06-02035 is related to the class action captioned In re McKesson HBOC, Inc. Securities Litigation (Master File No. CV 99-20743 RMW) and reassigned that action to this Court;

- 1 -
**STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020 RMW)**

1  WHEREAS, the parties agreed that Case No. C-06-02035 is also related to the above-captioned action;

2  WHEREAS, prior to filing an opposition to Andersen's and Putnam's motions to dismiss the McKesson Complaint, McKesson and HBOC informed Andersen and Putnam of their intention to file an Amended and Supplemental Complaint;

3  WHEREAS, in light of McKesson and HBOC's intention to file an Amended and Supplemental Complaint, Andersen and Putnam agreed to withdraw their motions to dismiss and all related motions and requests and to coordinate the briefing on responses to McKesson's Amended and Supplemental Complaint with responses to the Andersen Complaint filed in Case No. C-06-02035, and to coordinate the scheduled initial case management conference in this action with the coordinated hearings on those motions;

4  WHEREAS, pursuant to stipulation of the parties, McKesson and HBOC filed their Amended and Supplemental Complaint on April 28, 2006;

5  WHEREAS, on or about May 12, 2006, the Parties entered into a Stipulation and [Proposed] Order RE: Coordinated Briefing and Hearing Schedule On Responses To Amended And Supplemental Complaint And Rescheduling Of Initial Case Management Conference, pursuant to which the Parties agreed to a coordinated schedule for the briefing and hearings on motions to be filed in response to the Amended and Supplemental Complaint in this action and the Andersen Complaint filed in Case No. C-06-02035, and on a new date for the initial case management conference in this action, which was approved by the Court on May 24, 2006;

6  WHEREAS, pursuant to the Court's May 24, 2006, order, Andersen and Putnam are required to answer, move or otherwise respond to the Amended and Supplemental Complaint on or before June 16, 2006, any papers filed in opposition to any motion filed in response to the Amended and Supplemental Complaint are to be filed on or before August 4, 2006, any reply papers filed in further support of any motion filed in response to the Amended and Supplemental Complaint are to be filed on or before September 1, 2006, the hearing on any motions filed in response to the Amended and Supplemental Complaint shall be noticed for September 22, 2006, and the initial case management conference originally scheduled for June 16, 2006, will be held on September 22, 2006;

- 2 -
STIPULATION AND [PROPOSED] ORDER  (Case No. 05-04020 RMW)

WHEREAS, the Parties have met and conferred and reached an agreement on a revised date on which responses to the Amended and Supplemental Complaint in this action and to the Andersen Complaint in Case No. C-05-04020 must be filed, with all other briefing and hearing dates remaining unchanged;

WHEREAS, the parties are simultaneously entering into a separate stipulation in Case No. C-06-02035 reflecting this revised coordinated schedule;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that:

(a) The date on which Andersen and Putnam shall answer, move or otherwise respond to the Amended and Supplemental Complaint shall be changed from June 16, 2006, to July 7, 2006;

(b) All other dates in the Court's May 24, 2006, order shall remain unchanged, as set forth below:

(1) Any papers filed in opposition to any motion filed in response to the Amended and Supplemental Complaint in this action shall be filed and served (by e-mail and overnight mail) on or before August 4, 2006;

(2) Any reply papers filed in further support of any motion filed in response to the Amended and Supplemental Complaint in this action shall be filed and served (by e-mail and overnight mail) on or before September 1, 2006;

(3) The hearing on any motions filed in response to the Amended and Supplemental Complaint in this action shall be noticed for September 22, 2006, at 9:00 a.m.;

(4) The initial case management conference shall also be held on September 22, 2006, at ~~X:XX~~ a.m.
10:30

- 3 -
**STIPULATION AND [~~PROPOSED~~] ORDER  (Case No. 05-04020 RMW)**

| | | |
|---|---|---|
| 1 | DATED: June 15, 2006 | LAW OFFICES OF STEVEN J. ROSENBERG, P.C. |
| 2 | | |
| 3 | | By _____ |
| 4 | | Steven J. Rosenberg<br>Attorneys for Defendant<br>ROBERT A. PUTNAM |
| 9 | DATED: June 14, 2006 | ALSCHULER GROSSMAN STEIN & KAHAN LLP |
| 11 | | By _____ |
| 12 | | Scott Vick<br>Attorneys for Defendant<br>ARTHUR ANDERSEN LLP |
| 15 | DATED: June 15, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 17 | | By _____ |
| 18 | | Timothy Miller  James E. Lyons<br>Attorneys for Plaintiffs<br>McKESSON CORPORATION and<br>HBO & COMPANY, now known as<br>McKesson Information Solutions LLC |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __7/6__, 2006

/S/ RONALD M. WHYTE
_____
The Honorable Ronald M. Whyte
United States District Judge

187236-San Francisco S1A

- 4 -

STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020 RMW)