```
 1  JAMES E. LYONS (Cal. Bar No. 112582)
    TIMOTHY A. MILLER (Cal. Bar No. 154744)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Embarcadero Center, Suite 3800
 3  San Francisco, California 94111-4144
    JLYONS@SKADDEN.COM
 4  TMILLER@SKADDEN.COM
    Telephone: (415) 984-6400
 5  Facsimile: (415) 984-2698

 6  Attorneys for Plaintiffs
    McKESSON CORPORATION AND
 7  HBO & COMPANY, INC.

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION              *E-FILED - 9/21/06*
11
12  McKESSON CORPORATION, and       )  Case No. C-05-04020 RMW (PVT)
    HBO & COMPANY, INC.,            )
13                                  )
                      Plaintiffs,   )  STIPULATION AND [PROPOSED]
14                                  )  ORDER RE BRIEFING ON MOTION
          v.                        )  TO DISMISS
15                                  )
                                    )  Date:  September 22, 2006
16  ARTHUR ANDERSEN LLP, ROBERT     )  Time:  9:00 a.m.
    PUTNAM, and DOES 1-20,          )  Dept.: Courtroom 6 - 4th Floor
17                                  )
                      Defendants.   )
18                                  )
                                    )
19                                  )
                                    )
20
```

21        WHEREAS, on August 11, 2005, Plaintiffs McKesson Corporation and HBO &

22  Company, Inc. (collectively, "Plaintiffs") filed a Complaint against Defendants Arthur Andersen LLP

23  ("Andersen") and Robert A. Putnam ("Putnam" and together with Andersen and Plaintiffs, the

24  "Parties");

25        WHEREAS, on or about February 24, 2006, the Parties entered into a Stipulation and

26  [Proposed] Order RE: (1) Consolidated Briefing on Motions to Dismiss; (2) Briefing and Hearing

27  Schedule; and (3) Changing Date for Case Management Conference, pursuant to which the Parties

28  agreed, in part, to certain page limitations on Andersen and Putnam's consolidated motion to dismiss,

---

STIPULATION AND [PROPOSED] ORDER (Case No. 05-04020)

1 the Plaintiffs' consolidated opposition, and Andersen and Putnam's consolidated reply;

2 WHEREAS, by order dated March 17, 2006, the Court approved the Parties'
3 stipulation;

4 WHEREAS, on March 2, 2006, Defendants Andersen and Putnam responded to the
5 Complaint by filing a consolidated motion to dismiss the Complaint pursuant to Rule 12(b)(6) of the
6 Federal Rules of Civil Procedure and a motion to strike certain portions of the Complaint pursuant to
7 Rule 12(f) of the Federal Rules of Civil Procedure;

8 WHEREAS, on April 28, 2006, the Plaintiffs filed an Amended and Supplemental
9 Complaint ("Amended Complaint") against Defendants Andersen and Putnam;

10 WHEREAS, on July 7, 2006, Defendants Andersen and Putnam responded to the
11 Amended Complaint by filing a consolidated motion to dismiss the Complaint pursuant to Rule
12 12(b)(6) of the Federal Rules of Civil Procedure and a motion to strike certain portions of the
13 complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; and

14 WHEREAS, the Parties agree that the same page limitations set forth in their February
15 24, 2006 stipulation should apply to Andersen and Putnam's consolidated motion to dismiss filed on
16 July 7, 2006, Plaintiffs' consolidated opposition to that motion, and Andersen and Putnam's
17 consolidated reply;

18 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the
19 Parties, that the following page limitations should apply:

20 (a) Andersen and Putnam shall file (and did file) a consolidated motion to
21 dismiss the Amended Complaint not to exceed forty (40) pages;
22 (b) McKesson and HBOC shall file a consolidated opposition not to exceed
23 forty (40) pages; and
24 (c) Andersen and Putnam shall file a consolidated reply not to exceed
25 twenty-five (25) pages.

26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | DATED: August __, 2006 | LAW OFFICES OF STEVEN J. ROSENBERG, P.C. |

By _____
Steven J. Rosenberg
Attorneys for Specially Appearing Defendant
ROBERT A. PUTNAM

DATED: August 22, 2006                ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
Scott Vick
Attorneys for Defendant
ARTHUR ANDERSEN LLP

DATED: August 22, 2006                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____
Timothy Miller
Attorneys for Plaintiffs
McKESSON CORPORATION and
HBO & COMPANY, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __9/21__, 2006                /S/ RONALD M. WHYTE
_____
The Honorable Ronald M. Whyte
United States District Judge