**E-FILED on** ___9/13/07___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McKESSON CORPORATION, and HBO & COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR ANDERSEN LLP, ROBERT A. PUTNAM, and DOES ONE THROUGH TWENTY, <br><br> Defendants. | No. C-05-04020 RMW <br><br><br> ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTIONS TO DISMISS AND STRIKE; ORDER STAYING THE ACTION <br><br> [Re Docket Nos. 39, 40, 72] |

    Defendants Arthur Andersen LLP and Robert A. Putnam moved to dismiss and strike portions of McKesson Corporation's First Amended Complaint ("FAC"). On September 6, 2007 the parties filed a status report with the court informing it of their intention to settle this matter pending the non-occurrence of a certain event prior to December 31, 2007 and requesting a stay of all proceedings. Accordingly, the court denies defendants' motions without prejudice and stays the action. If necessary, defendants may move to lift the stay and renotice their motions if the parties cannot otherwise stipulate to a dismissal of this action.

DATED: ___9/6/07___　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

James E. Lyons         jlyons@skadden.com
Timothy A. Miller      tmiller@skadden.com

**Counsel for Defendants:**

Steven J. Rosenberg    sjrlaw@aol.com
Gwyn Quillen           gquillen@agsk.com
Scott Vick             svick@agsk.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**        9/13/07                             /s/ MAG
                                              **Chambers of Judge Whyte**